IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| AHMED M. SALEH § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:18-cv-26 |
| § | |
| WERNER ENTERPRISES, INC. and § | |
| RICHARD THOMAS DEVON HOLLOWAY § | |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, **AHMED M. SALEH,** dismisses with prejudice his claims against Defendants, **WERNER ENTERPRISES, INC.** and **RICHARD THOMAS DEVON HOLLOWAY** and would show the Court the following:

I.

Plaintiff, **AHMED M. SALEH,** no longer wishes to pursue his claims and differences against Defendants, **WERNER ENTERPRISES, INC.** and **RICHARD THOMAS DEVON HOLLOWAY.** Therefore, Plaintiff releases Defendants of and from any liability as it relates to the incident made the basis of this lawsuit, and requests that Defendants be dismissed with prejudice to the refiling of same.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **AHMED M. SALEH,** respectfully requests the Court to sign an Order dismissing with prejudice his claims against Defendants, **WERNER ENTERPRISES, INC.** and **RICHARD THOMAS DEVON HOLLOWAY,** and ordering that all taxable costs of court associated with this case be paid by the party incurring the costs.

Respectfully submitted,

_____
Mikal C. Watts

{03718906.DOC / }

State Bar No.: 120981820
Francisco Guerra, IV
State Bar No.: 00796684
Jose G. "Joey" Gonzalez, Jr.
State bar No.: 24007247
Jorge L. Mares
State Bar No.: 24087973
WATTS GUERRA, LLP
4 Dominion Drive, Bldg., 3, Suite 100
San Antonio, Texas 78257
Telephone: (210) 447-0500
Facsimile: (210) 447-0501
mcwatts@wattsguerra.com
fguerra@wattsguerra.com
jgonzalez@wattsguerra.com
jmares@wattsguerra.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of **October 2018**, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel *via e-file notification:*:

LARRY D. WARREN
State Bar No. 20888450
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANTS**

Jorge Mares