IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| AHMED M. SALEH | § § | |
| VS. | § § | CIVIL ACTION NO. 5:18-cv-26 |
| WERNER ENTERPRISES, INC. and RICHARD THOMAS DEVON HOLLOWAY | § § § | |

## ORDER OF DISMISSAL

On the _____ day of October, 2018, came on to be heard the Motion to Dismiss of Plaintiff, **AHMED M. SALEH**, as to Defendants **WERNER ENTERPRISES, INC.** and **RICHARD THOMAS DEVON HOLLOWAY**. After due notice, the parties appeared by their attorneys of record and announced to the Court that all matters in controversy between Plaintiff, **AHMED M. SALEH** and Defendants, **WERNER ENTERPRISES, INC.** and **RICHARD THOMAS DEVON HOLLOWAY** has been compromised and settled, and that Plaintiff no longer desired to prosecute his causes of action against Defendants, **WERNER ENTERPRISES, INC. and RICHARD THOMAS DEVON HOLLOWAY**. It appearing to the Court the agreement of the parties should be the Order of the Court,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, **AHMED M. SALEH**, against Defendants, **WERNER ENTERPRISES, INC.** and **RICHARD THOMAS DEVON HOLLOWAY**, are hereby dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED that all taxable court costs associated with this case shall be paid by the party incurring the costs.

SIGNED this _____ day of October, 2018.

_____
HONORABLE JUDGE PRESIDING

**AGREED:**

*/s/ Mikal Watts*

Mikal C. Watts
State Bar No.: 120981820
Francisco Guerra, IV
State Bar No.: 00796684
Jose G. "Joey" Gonzalez, Jr.
State bar No.: 24007247
Jorge L. Mares
State Bar No.: 24087973
WATTS GUERRA, LLP
4 Dominion Drive, Bldg., 3, Suite 100
San Antonio, Texas 78257
Telephone: (210) 447-0500
Facsimile: (210) 447-0501
mcwatts@wattsguerra.com
fguerra@wattsguerra.com
jgonzalez@wattsguerra.com
jmares@wattsguerra.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Larry Warren* w/ permission
Jorge Mares
24087973

LARRY D. WARREN
State Bar No. 20888450
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANTS**

{03718906.DOC / }